Exhibit "A"

# AGREEMENT

Made this 3rd day of May in the year of 2012.

BETWEEN the Owner:
Galveston Yacht Basin Marina
915 Holiday Dr. N.
Galveston, Tx. 77550

and

Roof & Rack Products, Inc.
P.O. Box 1330
Boca Raton, FL 33429

For the following Project: Galveston Yacht Basin, Galveston, Texas, 77550, 308 maximum Unit Boat Storage Building and 2 Story Mini Storage Building. The design, layouts, elevation drawings and contract proposal for this structure are attached are exhibits to this agreement provided by Roof & Rack Products, Inc.( Roof & Rack), P.O. Box 1330, Boca Raton, Florida 33429

The Owner and Roof & Rack Products, Inc. agree as set forth below.

WHEREAS, Owner is in the process of designing, engineering, permitting and contracting for the above identified Project, and is in need of acceptable permit-able structural drawings for the 308 maximum Unit Boat Storage Building and 2 Story Mini Storage Building portion of the Project, as reflected in Roof & Rack's Contract Proposal, layouts and elevation drawings attached hereto as Exhibit A;

WHEREAS Roof & Rack is willing to provide the necessary structural drawings for the work contemplated by the proposal to assist Owner in its design, engineering, and permitting efforts, and is willing to begin work immediately to prepare the drawings;

WHEREAS, the parties intend to enter into an agreement whereby Roof & Rack will perform the fabrication and erection of the buildings, based on the scope of work and price indicated in the attached proposal, but desire at this time to only contract for preparation of drawings;

1

EXHIBIT "A"

IT IS THEREFORE AGREED AS FOLLOWS:

1. Roof & Rack shall provide the necessary structural drawings for $20,000.00, with $10,000 being paid upon execution of this Agreement, and the remainder paid when the engineering are ready to be delivered to the Owner. It is understood that Roof & Rack hereby agrees to take all steps reasonable and necessary to ensure that the drawings meet all structural permit requirements, including but not limited to addressing any modifications or clarifications necessitated by the permitting authorities. Roof & Rack shall deliver the drawings in approximately 21 days from the date of execution of this Agreement.

2. The parties hereby confirm their intention that Roof & Rack perform the construction services in the attached proposal, subject to the parties reaching final agreement on the terms and conditions to be included in the attached proposal. In the event the parties are unable to reach agreement, it is understood that all drawings prepared by Roof & Rack shall remain the property of Roof & Rack, and Owner shall not be free to utilize Roof & Rack's drawings without the express consent of Roof & Rack. It is further understood and agreed by the parties that any foot layout plans, building detail and connection designs, drawings, renderings, elevation sketches, engineering designs and/or specifications are confidential and proprietary, and represent Roof & Rack's investment in engineering skill and development and remain the property of Roof & Rack. Same are submitted with the understanding that the information will not be disclosed to any competitor of Roof & Rack, nor disclosed by owner to any third party, other than as necessary for the advancement of this project. By way of example and not limitation, Owner shall be free to deliver such items to its engineers on the project in order to continue the permitting and completion of the project and shall advise them not to disclose any information to any third party. The Owner understands and agrees that for any reason they should elect not to use Roof & Rack Products, Inc. to fabricate and erect the structures being designed and engineered, the Owner will not use a design that is the same, similar too or moderately different than the one that is being engineered by Roof & Rack Products, Inc.

3. Provided the parties reach final agreement on terms and conditions for construction of the improvements in the attached proposal, the $20,000.00 paid for the drawings will be applied against the contract price reflected in the proposal, thereby reducing the remaining balance of the contract price to $874,975.00. The parties acknowledge and agree, however, that the terms and conditions originally delivered to Owner with Roof & Rack's proposal have not been agreed to, and may be modified prior to entering into the contract for fabrication and erection of the buildings.

4. It is understood and agreed to that if this project changes its name, partial ownership or other within one year from the date this agreement is executed, the Galveston Yacht Basin ownership shall include this agreement and make it binding subject to the conditions as stated.

5. In the event Owner elects not to undertake completion of the project after obtaining drawings, or is unable to complete the project due to reasons beyond its control, Owner shall have no further obligation to Roof & Rack.

6. This document constitutes the entire agreement among the parties with regard to the subject matter hereof, and may not be modified or amended except in writing signed by all parties hereto.

7. It is understood that this agreement was drafted as a result of negotiation, with all parties having input as to the contents of the document and having the opportunity to change or modify the language of the agreement. It is therefore the intention of the parties that this agreement not be construed as being drafted by either party for the purposes of any legal presumption being raised against the drafter of the document.

2

EXHIBIT "A"

8.  This Agreement may be executed in any number of counterparts and by the different parties hereto on separate counterparts (including by means of telecopied or electronic signature pages), each of which when so executed and delivered shall be an original, but all such counterparts together shall constitute one and the same document.

9.  This Agreement shall be governed by and construed in accordance with the laws of the State of Florida, and exclusive venue for any action to enforce or interpret this agreement shall be in Palm Beach County, Florida.

GYB INVESTORS, LLC.
~~Galveston Yacht Basin.~~

By: GREGORY P. PAPPAS

As: MEMBER

Roof & Rack Products, Inc.

By: _____

As: V.P.

3

EXHIBIT "A"